Kenneth B. Black (05588)
ken.black@stoel.com
Michael R. Menssen (15424)
michael.menssen@stoel.com
STOEL RIVES LLP
201 S. Main Street, Suite 1100
Salt Lake City, UT  84111
Telephone:  (801) 328-3131

*Attorneys for Defendants PolarityTE, Inc.,
Denver Lough, Michael Beeghley, Willie C.
Bogan, Jeff Dyer, Steven Gorlin, Jon Mogford,
John Stetson and Edward Swanson*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| HENRY MONTHER, derivatively on behalf of POLARITYTE, INC., <br><br> Plaintiff, <br><br> v. <br><br> DENVER LOUGH, MICHAEL BEEGHLEY, WILLIE C. BOGAN, JEFF DYER, STEVEN GORLIN, JON MOGFORD, JOHN STETSON, and EDWARD SWANSON, <br><br> Defendants, <br><br> and <br><br> POLARITYTE, INC., <br><br> Nominal Defendant. | **POLARITYTE, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** <br><br> Case No. 2:18-cv-00791-TC <br><br> The Honorable Tena Campbell |

Pursuant to Federal Rule of Civil Procedure 7.1, Nominal Defendant PolarityTE, Inc. ("PolarityTE"), by and through undersigned counsel, hereby discloses the following: PolarityTE is a publicly held corporation whose shares are traded on NASDAQ.  It has no parent company and no publicly held corporation owns more than 10% or more of PolarityTE's shares.

| | |
|---|---|
| DATED:  November 20, 2018 | STOEL RIVES LLP |
| | /s/ *Kenneth B. Black* |
| | Kenneth B. Black |
| | Michael R. Menssen |
| | |
| | *Attorneys for Defendants PolarityTE, Inc., Denver Lough, Michael Beeghley, Willie C. Gogan, Jeff Dyer, Steven Gorlin, Jon Mogford, John Stetson and Edward Swanson* |