Kenneth B. Black (05588)
ken.black@stoel.com
Michael R. Menssen (15424)
michael.menssen@stoel.com
STOEL RIVES LLP
201 S. Main Street, Suite 1100
Salt Lake City, UT  84111
Telephone:  (801) 328-3131

*Attorneys for Defendants PolarityTE, Inc.,
Denver Lough, Michael Beeghley, Willie C.
Bogan, Jeff Dyer, Steven Gorlin, Jon Mogford,
John Stetson and Edward Swanson*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| HENRY MONTHER, derivatively on behalf of POLARITYTE, INC., | **NOTICE OF APPEARANCE OF MICHAEL R. MENSSEN** |
| Plaintiff, | Case No. 2:18-cv-00791-TC |
| v. | The Honorable Tena Campbell |
| DENVER LOUGH, MICHAEL BEEGHLEY, WILLIE C. BOGAN, JEFF DYER, STEVEN GORLIN, JON MOGFORD, JOHN STETSON, and EDWARD SWANSON, | |
| Defendants, | |
| and | |
| POLARITYTE, INC., | |
| Nominal Defendant. | |

NOTICE IS HEREBY GIVEN that Michael R. Menssen of Stoel Rives LLP hereby appears as counsel for Defendants Denver Lough, Michael Beeghley, Willie C. Bogan, Jeff Dyer, Steven Gorlin, Jon Mogford, John Stetson, Edward Swanson and PolarityTE, Inc. in the above-captioned action and requests that all further notices, inquiries, and copies of pleadings, papers and other material relevant to this action be directed and served upon the following:

>Michael R. Menssen (#15424)
>Email: *michael.menssen@stoel.com*
>STOEL RIVES LLP
>201 S. Main Street, Suite 1100
>Salt Lake City, UT  84111-4904
>Telephone:  (801) 328-3131
>Facsimile:  (801) 578-6999

DATED:  November 20, 2018         STOEL RIVES LLP

By: /s/ *Michael R. Menssen*
    Kenneth B. Black
    Michael R. Menssen

*Attorneys for Defendants PolarityTE, Inc., Denver Lough, Michael Beeghley, Willie C. Gogan, Jeff Dyer*, *Steven Gorlin, Jon Mogford, John Stetson and Edward Swanson*